UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRESENIUS KABI USA, LLC,<br><br>                    Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                    Defendants. | Civil Action No. 24-676 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of August 13, 2024, Plaintiff Fresenius Kabi USA, LLC ("Fresenius Kabi") and Defendants United States of America, *et al.* (collectively, the "Parties") submit this Joint Status Report, stating as follows:

1. This action arises under the Administrative Procedure Act and challenges decisions whereby Defendant Centers for Medicare & Medicaid Services ("CMS"), in otherwise granting Fresenius Kabi's requests for non-innovator status with respect to the reporting of National Drug Codes ("NDCs") associated with six new drug applications ("NDAs") under the Medicaid drug rebate program, declined to grant Fresenius Kabi such relief for time periods prior to April 1, 2016.

2. On June 26, 2024, CMS issued Manufacturer Release No. 120 (the "Release"), a copy of which is available at https://www.medicaid.gov/prescription-drugs/downloads/mfr-rel-120.pdf. The Release explained that CMS had reexamined its approach and had decided that where, as here, CMS had granted a pharmaceutical manufacturer's timely submitted request for a narrow exception, the manufacturer has "the *option* to request that the drug be classified as [non-innovator] prior to 2Q2016 [i.e., prior to the second calendar quarter of 2016]." Release at 2. The Release further states:

> CMS will require affected manufacturers to meet with CMS for discussion if the manufacturer wants to make such a change. Manufacturers must contact CMS [via email] within 30 calendar days of the date of this Manufacturer Release to (1) inform us of their intention to change from [innovator to non-innovator] for periods prior to 2Q2016 and (2) to request a meeting regarding such a potential change. After meeting with CMS, the manufacturer will have 30 calendar days to inform CMS of the manufacturer's final decision to change from [innovator to non-innovator].

*Id.*

3. On June 27, 2024, the Parties filed a Joint Motion to Stay Proceedings, ECF No. 22, advising the Court of CMS's issuance of the Release and requesting a stay of proceedings for 45 days. On June 28, 2024, the Court entered a minute order granting the Parties' stay motion and instructing the Parties to submit a joint status report on or before August 12, 2024.

4. On July 24, 2024, Fresenius Kabi provided CMS with written notice that Fresenius Kabi was exercising its option under the Release to request certain reporting changes and requested the scheduling of a meeting with CMS consistent with the Release.

5. On July 26, 2024, CMS confirmed receipt of Fresenius Kabi's written notice and requested certain supplemental information from Fresenius Kabi prior to scheduling a meeting.

6. On August 12, 2024, the Parties filed a Joint Status Report, ECF No. 23, in which CMS advised that in requesting certain supplemental information from Fresenius Kabi, CMS had processed Fresenius Kabi's written notice in the manner in which CMS had processed similar notices submitted by other pharmaceutical manufacturers under the Release. CMS further advised that a total of four pharmaceutical manufacturers (including Fresenius Kabi) submitted timely notices to CMS under the Release. CMS agreed to prioritize scheduling a meeting with Fresenius Kabi once Fresenius Kabi provides CMS with the supplemental information requested by CMS.

7. On August 13, 2024, the Court entered a minute order continuing the stay of proceedings and instructing the Parties to submit a joint status report on or before October 11, 2024.

8. On August 20, 2024, CMS requested additional information from Fresenius Kabi prior to scheduling a meeting. On August 23, 2024, Fresenius provided the information that CMS requested in its email of July 26, 2024, and advised CMS that Fresenius would reply separately to CMS's email of August 20, 2024. On October 8, 2024, Fresenius Kabi responded to CMS's August 20, 2024, request for additional information. On October 10, 2024, CMS provided Fresenius Kabi with potential dates in late October for the meeting pursuant to the Release.

9. Fresenius Kabi and CMS are now in the process of scheduling the meeting required by the Release, which they anticipate holding in late October 2024.

10. Finally, on September 30, 2024, CMS rejected Fresenius Kabi's request to treat certain heparin sodium drugs approved under New Drug Application ("NDA") 017029 as non-innovator drugs. Other heparin sodium drugs also marketed under NDA 017029 in this lawsuit have been granted a narrow exception.[1] CMS's September 30, 2024 letter provides Fresenius Kabi 30 days to respond to its decision. Fresenius Kabi disagrees with CMS's decision and will respond accordingly.

---

[1] The heparin sodium drug products addressed in CMS's September 30, 2024 letter are referenced in Fresenius Kabi's Complaint. *See* Compl. ¶ 83 n.21 [D.E. 1] (Mar. 8, 2024) ("Although CMS has issued decisions with respect to both NDA 017029 and NDA 017651, Fresenius Kabi is still waiting for a ruling from CMS as to certain national drug codes ('NDCs') associated with NDA 017029").

WHEREFORE, the Parties respectfully request that the stay of proceedings in this action be continued for another 31 days and that the Parties be instructed to submit another joint status report no later than Monday, November 11, 2024.

Dated: October 11, 2024

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052

*/s/ Paul J. Zidlicky*
Paul J. Zidlicky (No. 450196)
pzidlicky@sidley.com
(Tel.) 202-736-8013
Sean C. Griffin (No. 442284)
sgriffin@sidley.com
(Tel.) 202-736-8107
Brooke E. Boyd (No. 1721284)
brooke.boyd@sidley.com
Kevin A. Sforza (No. 90003884)
ksforza@sidley.com
(Tel.) 202-736-8529
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000
(202) 736-8711 (fax)

Trevor L. Wear (*pro hac vice*)
twear@sidley.com
(Tel.) 312-853-7101
Rina Mady
rmady@sidley.com (*pro hac vice*)
(Tel.) 312-853-6109
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
(312) 853-7036 (fax)

*Counsel for Plaintiff*
*Fresenius Kabi USA, LLC*

United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ John J. Bardo*
    JOHN J. BARDO
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Counsel for Defendants*
*United States of America,* et al.